UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHEREEN ZOCH,

    Plaintiff,

v.

CREDITORS FINANCIAL GROUP, LLC,

    Defendant.

    CASE NO.

_____/

## PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, SHEREEN ZOCH ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, CREDITORS FINANCIAL GROUP, LLC, ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Land O' Lakes, Pasco County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in Aurora, Colorado.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. Defendant places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

10. Defendant calls Plaintiff from 877-298-2251.

11. Defendant called Plaintiff's in-laws, Jaymie and Joseph Zoch, at 563-556-2554 and disclosed the debt to them, causing Plaintiff embarrassment and distress.

12. In a letter dated August 15, 2011, Defendant stated that Defendant had received Plaintiff's check and would be depositing it on August 26, 2011. *See* Exhibit A.

13. Plaintiff did not send a check to Defendant and did not authorize Defendant to withdraw any money from her account at any time in or after August 2011.

14. Defendant also left Plaintiff a message failing to state that the call was from a debt collector. *See* Exhibit B – Transcription of message.


15. On September 8, 2011, the undersigned sent notification to Defendant, via fax with confirmation of receipt, that Plaintiff was represented by counsel.

16. Despite having received this notification, Defendant sent Plaintiff a letter dated September 19, 2011, again misrepresenting that Defendant had received a check for $100 from Plaintiff and that Defendant would deposit it on September 30, 2011. *See* Exhibit C.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

   a) Defendant violated §1692c(b) of the FDCPA by disclosing information regarding Plaintiff's debt to Plaintiff's in-laws.

   b) Defendant violated §1692e of the FDCPA by engaging in false, deceptive and misleading representations and means to collect a debt, to wit: Defendant sent Plaintiff a letter stating that it received a check and that Plaintiff authorized the check when these statements are false.

   c) Defendant violated §1692e(11) of the FDCPA by failing to provide the requisite warning to Plaintiff in subsequent communications, to wit: "This is an attempt to collect a debt. This communication is from a debt collector."

   d) Defendant violated §1692f of the FDCPA by using any unfair or unconscionable means to collect the alleged debt.

   e) Defendant violated §1692f(5) of the FDCPA by causing charges to be made to Plaintiff.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

18. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

19. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: *Shireen Hormozdi*
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 267
Fax:    (866) 802-0021
Attorney for Plaintiff
FBN: 0882461

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, SHEREEN ZOCH, hereby demands trial by jury in this action.

**EXHIBIT A**

PO BOX 440290
AURORA CO 80044-0290


**CREDITORS FINANCIAL GROUP, LLC**
Toll Free: 1-877-298-2251

Reference No. 7743848 B19

Current Creditor:
EQUABLE ASCENT FINANCIAL CWP5

Original Creditor: CHASE BANK USA, N.A (WAMU)
Date of Service: 01-01-00
Account: 41858660029221747
Total Due: $7413.57

Date: 08-15-11

ZOCH, SHEREEN I
3613 MUNNINGS KNL UNIT 206
LAND O LAKES FL 34639-6827

CREDITORS FINANCIAL GROUP, LLC
PO BOX 440290
AURORA CO 80044-0290

ANY CHECK RETURNED FOR INSUFFICIENT FUNDS OR ACCOUNT CLOSED
WILL BE ASSESSED A $30.00 PROCESSING FEE.

### NOTICE OF INTENT TO DEPOSIT

This is to notify you that we have received your check in the amount of $100.00 and it will be deposited on 08-26-11.

** Please note - If we do not hear from you before the above mentioned date your check will be processed as agreed. Please call us at the toll free number listed above if any change is necessary regarding the above arrangement.

Sincerely,

Creditors Financial Group

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This correspondence has been sent by a professional debt collector.

**Creditors Financial Group, LLC**
3131 South Vaughn Way Ste 110
Aurora, CO 80014

**Office Hours:**
Monday - Thursday   7:00 am - 8:00 pm
Friday   7:00 am - 5:00 pm
Saturday   7:00 am - 12:00 Noon
Sunday   Closed

**EXHIBIT B**

Wednesday at 01:01 PM

Hi, this message is for Shereen Zoch. If you are not Shireen please hang up now. Hi Shereen, this is Ms. Sanchez calling from Creditor's Financial Group. Just want to touch base with you in reference to the _____ end of the month on the 26th. If you are interested _____ give me a call. If not, we will just leave that to $100. The number here is (877) 298-2251, my direct extension is 3296. Again, the number here is 1-877-298-2251, extension 3296. Thank you.

**EXHIBIT C**

PO BOX 440290
AURORA CO 80044-0290


**CREDITORS FINANCIAL GROUP, LLC**
Toll Free: 1-877-298-2251

Reference No. 7743848 B19

Current Creditor
EQUABLE ASCENT FINANCIAL CWP5

Original Creditor: CHASE BANK USA, N.A (WAMU)
Date of Service: 01-01-00
Account: 4185866029221747
Total Due: $7313.57

Date: 09-19-11

ZOCH, SHEREEN I
3613 MUNNINGS KNL UNIT 206
LAND O LAKES FL 34639-6627

CREDITORS FINANCIAL GROUP, LLC
PO BOX 440290
AURORA CO 80044-0290

ANY CHECK RETURNED FOR INSUFFICIENT FUNDS OR ACCOUNT CLOSED
WILL BE ASSESSED A $10.00 PROCESSING FEE

**NOTICE OF INTENT TO DEPOSIT**

This is to notify you that we have received your check in the amount of $100.00 and it will be deposited on 09-30-11.

** Please note - If we do not hear from you before the above mentioned date your check will be processed as agreed. Please call us at the toll free number listed above if any change is necessary regarding the above arrangement.

Sincerely,

Creditors Financial Group

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This correspondence has been sent by a professional debt collector.

**Creditors Financial Group, LLC**
3131 South Vaughn Way Ste 110
Aurora, CO 80014

**Office Hours:**
Monday - Thursday   7:00 am - 8:00 pm
Friday              7:00 am - 5:00 pm
Saturday            7:00 am - 12:00 Noon
Sunday              Closed

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)
COUNTY OF PASCO)

Plaintiff, SHEREEN ZOCH, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, SHEREEN ZOCH, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 9/9/11

_Shereen Zoch_
SHEREEN ZOCH
Plaintiff

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL    5