**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHEREEN ZOCH,

 Plaintiff,         CASE NO. 8:11-cv-02341-SDM-MAP

v.

CREDITORS FINANCIAL GROUP, LLC,

 Defendant.
_____/

**NOTICE OF SETTLEMENT**

 NOW COMES the Plaintiff, SHEREEN ZOCH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

 Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

         RESPECTFULLY SUBMITTED,

        By: /s/ Shireen Hormozdi
          Shireen Hormozdi
          Krohn & Moss, Ltd
          10474 Santa Monica Blvd., Suite 401
          Los Angeles, CA 90025
          Phone: (323) 988-2400 ext. 267
          Fax: (866) 802-0021
          Attorney for Plaintiff
          FBN: 0882461

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 9, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted by electronic mail to Henry Swayze at henryswayze@creditorsfinancialgroup.com.

                               /s/ Shireen Hormozdi
                               Shireen Hormozdi
                               Attorney for Plaintiff