UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHEREEN ZOCH,

    Plaintiff,                           CASE NO. 8:11-cv-02341-SDM-MAP

v.

CREDITORS FINANCIAL GROUP, LLC,

    Defendant.
_____/

## VOLUNTARY DISMISSAL

SHEREEN ZOCH (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, CREDITORS FINANCIAL GROUP, LLC (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 267
Fax: (866) 802-0021
Attorney for Plaintiff
FBN: 0882461

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted by electronic mail to Henry Swayze at henryswayze@creditorsfinancialgroup.com.

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff