UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHEREEN ZOCH,

    Plaintiff,

v().                                        CASE NO: 8:11-cv-2341-T-23MAP

CREDITORS FINANCIAL GROUP, LLC,

    Defendant.
_____/

**ORDER**

    The plaintiff announces (Doc. 5) a settlement in this action. Under Local Rule 3.08(b) this action is **DISMISSED** subject to the right of any party within sixty (60) days to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on November 14, 2011.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE